1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $15,860.00 IN U.S. CURRENCY,<br><br>        Defendant. | 2:05-CV-02056-GEB-GGH<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

It is hereby stipulated by and between the United States of America and claimant Joshua Jeffords ("Claimant"), by and through their respective attorney, as follows:

1. On or about July 14, 2005, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $15,860.00 in U.S. Currency (the "currency"), which was seized on or about April 29, 2005.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the

1  currency as required by law in the administrative forfeiture
2  proceeding.
3      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
4  required to file a complaint for forfeiture against the currency
5  and/or to obtain an indictment alleging that the currency is
6  subject to forfeiture within 90 days after a claim has been filed
7  in the administrative forfeiture proceedings, unless the court
8  extends the deadline for good cause shown or by agreement of the
9  parties.
10     4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
11 by agreement to extend to November 12, 2005, the time in which the
12 United States is required to file a civil complaint for forfeiture
13 against the currency and/or to obtain an indictment alleging that
14 the currency is subject to forfeiture.
15     5.   Accordingly, the parties agree that the deadline by which
16 the United States shall be required to file a complaint for
17 forfeiture against the currency and/or to obtain an indictment
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

alleging that the currency is subject to forfeiture shall be extended to November 12, 2005.

DATED: 10/11/05

McGREGOR W. SCOTT
United States Attorney

/s/ Courtney J. Linn
COURTNEY J. LINN
Assistant U.S. Attorney

DATE: 10-11-05

/s/ Henry P. Friesen
HENRY P. FRIESEN
Attorney for Claimant Joshua Jeffords

(Original signature retained by attorney)

**IT IS SO ORDERED.**

DATED:  October 19, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

3