McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

      v.

APPROXIMATELY $15,860.00 IN U.S.
CURRENCY,

            Defendant.

2:05-CV-02056-GEB-GGH

**STIPULATION AND ORDER
EXTENDING THE UNITED STATES'
TIME TO FILE A COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN AN
INDICTMENT ALLEGING FORFEITURE**

     It is hereby stipulated by and between the United States of

America and claimant Joshua Jeffords ("Claimant"), by and through

their respective attorney, as follows:

     1.  On or about July 14, 2005, Claimant filed a claim, in the

administrative forfeiture proceedings, with the Drug Enforcement

Administration with respect to the approximately $15,860.00 in U.S.

Currency (the "currency"), which was seized on or about April 29,

2005.

     2.  The Drug Enforcement Administration has sent the written

notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to

all known interested parties.  The time has expired for any person

to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),

and no person other than the Claimant has filed a claim to the

1  currency as required by law in the administrative forfeiture
2  proceeding.

3      3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
4  required to file a complaint for forfeiture against the currency
5  and/or to obtain an indictment alleging that the currency is
6  subject to forfeiture within 90 days after a claim has been filed
7  in the administrative forfeiture proceedings, unless the court
8  extends the deadline for good cause shown or by agreement of the
9  parties.

10     4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
11  by agreement to extend to November 12, 2005, the time in which the
12  United States is required to file a civil complaint for forfeiture
13  against the currency and/or to obtain an indictment alleging that
14  the currency is subject to forfeiture.

15     5.   Accordingly, the parties agree that the deadline by which
16  the United States shall be required to file a complaint for
17  forfeiture against the currency and/or to obtain an indictment
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28
                                    2

1  alleging that the currency is subject to forfeiture shall be

2  extended to November 12, 2005.

3  DATED: 10/11/05                    McGREGOR W. SCOTT
                                      United States Attorney
4
                                      /s/ Courtney J. Linn
5                                     COURTNEY J. LINN
                                      Assistant U.S. Attorney
6

7

8  DATE: 10-11-05                     /s/ Henry P. Friesen
   _____  HENRY P. FRIESEN
9  _____  Attorney for Claimant Joshua Jeffords

10                                     (Original signature retained by
                                       attorney)
11

12        **IT IS SO ORDERED.**

13  DATED:   October 19, 2005

14                                         /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.
15                                         United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28                                     3