McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:05-CV-02056-GEB-GGH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| APPROXIMATELY $15,860.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Joshua Jeffords ("Claimant"), by and through their respective attorney, as follows:

1.  On or about July 14, 2005, Claimant filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $15,860.00 in U.S. Currency (the "currency"), which was seized on or about April 29, 2005.

2.  The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the

1 currency as required by law in the administrative forfeiture
2 proceeding.
3     3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
4 required to file a complaint for forfeiture against the currency
5 and/or to obtain an indictment alleging that the currency is
6 subject to forfeiture within 90 days after a claim has been filed
7 in the administrative forfeiture proceedings, unless the court
8 extends the deadline for good cause shown or by agreement of the
9 parties.
10    4.   By Stipulation and Order filed October 19, 2005, the
11 parties stipulated to extend to November 12, 2005, the time in
12 which the United States is required to file a civil complaint for
13 forfeiture against the currency and/or to obtain an indictment
14 alleging that the currency is subject to forfeiture.
15    5.   By Stipulation and Order filed November 14, 2005, the
16 parties further stipulated to extend to December 12, 2005, the time
17 in which the United States is required to file a civil complaint
18 for forfeiture against the currency and/or to obtain an indictment
19 alleging that the currency is subject to forfeiture.
20    6.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
21 by agreement to further extend to December 28, 2005, the time in
22 which the United States is required to file a civil complaint for
23 forfeiture against the currency and/or to obtain an indictment
24 alleging that the currency is subject to forfeiture.
25    7.   Accordingly, the parties agree that the deadline by which
26 the United States shall be required to file a complaint for
27 forfeiture against the currency and/or to obtain an indictment
28

2

alleging that the currency is subject to forfeiture shall be extended to December 28, 2005.

DATED: 12/12/05                McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Courtney J. Linn
                               COURTNEY J. LINN
                               Assistant U.S. Attorney



DATE: 12/12/05                 /s/ Henry P. Friesen
                               HENRY P. FRIESEN
                               Attorney for Claimant Joshua Jeffords


                               (Original signatures retained by
                                attorney)


**IT IS SO ORDERED.**

DATED:  December 13, 2005

                               /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge

3