```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:05-CV-02056-GEB-GGH |
|---|---|---|
| Plaintiff, | ) | CONSENT JUDGMENT OF FORFEITURE |
| v. | ) | |
| APPROXIMATELY $15,860.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On or about April 29, 2005 a state search warrant was executed at the residence of Dorothy Jeffords, mother of Joshua Jeffords, located at 5622 Great Valley Drive, Antelope, California. Approximately $15,860.00 in U.S. Currency (hereinafter the "defendant currency") was seized from that residence.  At the search location, searching officers also found a book on marijuana laws, and marijuana smoking paraphernalia.  At the accident scene, officers found a brown paper bag with handwritten names and numbers consistent with grades and quantities of marijuana near the vehicle,

1

1  which had been driven by Jeffords.

2          2.   Thereafter, the Drug Enforcement Administration
3  adopted the defendant currency for federal forfeiture, and initiated
4  an administrative forfeiture proceeding.  Jeffords filed a claim to
5  all of the defendant currency in that proceeding as the sole owner.
6  No other claimants came forward.

7          3.   This Court has jurisdiction in this matter pursuant to
8  28 U.S.C. §§ 1345 and 1355, as this is the judicial district in
9  which acts or omissions giving rise to the forfeiture occurred.

10         4.   This Court has venue pursuant to 28 U.S.C. § 1395 and
11  21 U.S.C. § 881, as this is the judicial district in which the
12  property was seized.

13         5.   The parties herein desire to settle this matter
14  pursuant to the terms of a duly executed Stipulation for Consent
15  Judgment of Forfeiture.

16         Based upon the above findings, and the Court being
17  otherwise fully advised in the premises, it is hereby

18         ORDERED AND ADJUDGED:

19         6.   The Court adopts the Stipulation for Consent Judgment
20  of Forfeiture entered into by and between the parties.

21         7.   All right, title and interest in $2,360.00 of the
22  approximately $15,860.00 in U.S. Currency, together with any
23  interest that may have accrued on that amount, seized on or about
24  April 29, 2005, shall be forfeited to the United States pursuant to
25  21 U.S.C. § 881(a)(6).

26         8.   Pursuant to the Consent Judgment of Forfeiture,
27  $13,500.00 of the approximately $15,860.00 in U.S. Currency,
28  together with any interest that may have accrued on that amount,

seized on or about April 29, 2005, shall be returned to potential claimant Joshua Jeffords through his attorney, Henry Friesen, Law Offices of Henry P. Friesen, 7545 Irvine Center Drive, Ste. 200, Irvine, California 92618.

9. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

10. Joshua Jeffords acknowledges that he obtained, or waived to obtain the advice of counsel prior to executing the above-referenced stipulation, and that he entered into it knowingly and voluntarily.

11. All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OF REASONABLE CAUSE**

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, based on the findings in paragraph one referenced above.

Dated: January 11, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge